AO 245D (Rev. 9/00) - Judgment in a Criminal Case for Revocation
Case 3:99-cr-00351-SI   Document 247   Filed 02/13/09   Page 1 of 2

# United States District Court
## Northern District of California

UNITED STATES OF AMERICA
v.
ALEXANDER DEJARNETTE

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)
(For Offenses Committed On or After November 1, 1987)

USDC Case Number: CR-99-00351-000 SI
BOP Case Number: DCAN399CR000351-000
USM Number:      94687011
Defendant's Attorney :Ronald Tyler

**THE DEFENDANT:**
[**x**]   admitted guilt to violation of condition(s) set forth below.
[ ]    was found in violation of condition(s) ___ after denial of guilt.
**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| 1 | Failure to Report to Probation | 2/08 |
| 2,3 | Failure to Follow Probation's Instructions | 3/08 |
| 4 | Failure to Answer Truthfully Probation Inquiries | 3/08 |
| 6 | Failure to Report Change in Residence or Employment | 3/08 |
| 7 | Left Judicial District w/o Permission | 3/08 |
| 11 | Failure to Report Being Questioned by Law Enforcement | 12/08 |

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The court hereby dismisses Charges Five, Eight, Nine and Ten.
[ ]    The defendant has not violated condition(s) ___ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.:
Defendant's Date of Birth:
Defendant's USM No.: 94687011
Defendant's Residence Address:

Defendant's Mailing Address:

2/6/09
Date of Imposition of Judgment

*Susan Illston* (signature)
Signature of Judicial Officer

Honorable Susan Illston, U. S. District Judge
Name & Title of Judicial Officer
2/12/09
Date

AO 245B (Rev. 12/03) (CAND Rev. 3/07) Judgment in a Criminal Case Sheet 2 - Imprisonment

DEFENDANT:     ALEXANDER DEJARNETTE                              Judgment - Page 2 of 2
CASE NUMBER:   CR-99-00351-000 SI

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of  15 months .

[ ]  The Court makes the following recommendations to the Bureau of Prisons:

[**x**]  The defendant is remanded to the custody of the United States Marshal. The appearance bond is hereby exonerated.

[ ]  The defendant shall surrender to the United States Marshal for this district.

   [ ] at ___ [] am [] pm on ___.
   [ ] as notified by the United States Marshal.

   The appearance bond shall be deemed exonerated upon the surrender of the defendant.

[ ]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   [ ] before 2:00 pm on ___.
   [ ] as notified by the United States Marshal.
   [ ] as notified by the Probation or Pretrial Services Office.

   The appearance bond shall be deemed exonerated upon the surrender of the defendant.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

   Defendant delivered on _____ to _____
at _____ , with a certified copy of this judgment.

                                                    _____
                                                    UNITED STATES MARSHAL

                                              By    _____
                                                    Deputy United States Marshal